# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRIS HANNIBAL and LEANNA HANNIBAL,      PLAINTIFFS
Individually and as Co-Personal Representatives
of the Estate of Krista Sue Hannibal, Deceased

v.     No. 4:16CV00904 JLH

TRW VEHICLE SAFETY SYSTEMS, INC.     DEFENDANT

## JUDGMENT

On September 10, 2018, Chris Hannibal and Leanna Castillo[1], Individually and as Co-Personal Representatives of the Estate of Krista Sue Hannibal, Deceased, appeared in person and with their attorneys, Jerry M. White and Damon C. Singleton. TRW Vehicle Safety Systems, Inc., appeared through its attorneys, David Tippetts, G. Spence Fricke, and Jason P. Hartman. All parties announced ready for trial. A jury of twelve was duly selected and sworn. One juror was excused on the second day of trial, with the permission of the parties, who agreed to proceed with eleven jurors. After all of the evidence had been received and the jury had been duly instructed on the law, the case was submitted on written interrogatories and the jury answered the first interrogatory as follows:

> QUESTION NO. 1. Do you find from the greater weight of the evidence that Krista Hannibal was wearing her seat belt at the time that the accident occurred?
>
> Yes_____     No__✗____
>
>                             _/s/_____
>                             FOREPERSON

---

[1] The evidence established that Leanna Hannibal's name has changed to Leanna Castillo.

Judgment is therefore entered in favor of TRW Vehicle Safety Systems, Inc., against Chris Hannibal and Leanna Castillo, Individually and as Co-Personal Representatives of the Estate of Krista Sue Hannibal, Deceased. The complaint of the plaintiffs is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE